# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MARK ANTONIO WILLIAMS,**                                                                 **PLAINTIFF**
**ADC # 141529**

**VS.**                                        **5:16CV00086-BRW**

**CHRISTOPHER BUDNIK, Warden,**
Varner Supermax; *et al.*                                                                   **DEFENDANTS**

### ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Defendant Budnik's Motion for Summary Judgement (Doc. No. 60) is GRANTED and this matter is DISMISSED without prejudice as moot.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 20th day of January, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1