# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MARK ANTONIO WILLIAMS,**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 141529**

**VS.**　　　　　　　　　　　**5:16CV00086-BRW**

**CHRISTOPHER BUDNIK, Warden,**
Varner Supermax; *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 20th day of January, 2017.

　　　　　　　　　　　　　　　　　　　　/s/ Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE